Ruth B. Viall, Respondent, *v.* Leland S. Viall, Appellant.

Submitted June 13, 1941; decided July 29, 1941.

*Meyer Fix* for appellant.

*Hugh J. O'Brien* and *Charles E. Bostwick* for respondent.

Appeal dismissed, with costs, on the ground the orders are not final. No opinion. (See 286 N. Y. 696.)

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.